IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CR-05-124-S-BLW |
| Plaintiff, | ) | |
| | ) | **ORDER ADOPTING REPORT** |
| v. | ) | **AND RECOMMENDATION** |
| | ) | **NUNC PRO TUNC** |
| CHRISTOPHER JOHANNESSEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court has before it a Report and Recommendation (Docket No.184)

filed by the United States Magistrate Judge.  On October 17, 2005,  Defendant

Christopher Johannessen appeared before the Magistrate Judge to enter a change of

plea pursuant to a written plea agreement.  The Magistrate Judge conducted the

plea hearing and concluded there is a factual basis for Defendant's plea of guilty to

Count Two of the Indictment (Docket No. 45), and that it was entered voluntarily

and with full knowledge of the consequences.  No objections to the Report and

Recommendation have been filed.

The Court now has reviewed the record, has reviewed the presentence

report, and finds that the requirements of Rule 11 have been met.  *See United*

*States v. Reyna-Tapia,* 328 F.3d 1114 (9th Cir. 2003).  Specifically, the Court finds

**Order Adopting Report and Recommendation - Page 1**

that the Magistrate Judge adhered to the requirements of Rule 11(c); that under

Rule 11(b)(2), the Defendant's plea was voluntary and not the result of force or

threats or promises apart from the plea agreement; and that a factual basis for the

plea exists.  *See id.*  Accordingly,

      NOW THEREFORE IT IS HEREBY ORDERED that the Report and

Recommendation (Docket No. 184) shall be, and the same is hereby, ADOPTED

Nunc Pro Tunc as the decision of the District Court and incorporated fully herein

by reference.

      IT IS FURTHER ORDERED that the Defendant's plea of guilty to Count

Two of the Indictment (Docket No. 45) shall be, and the same is hereby,

ACCEPTED by the Court as a knowing and voluntary plea supported by an

independent basis in fact containing each of the essential elements of the offense.

      IT IS FURTHER ORDERED that Defendant Christopher Johannessen is

found to be GUILTY as to the crime charged in Count Two of the  Indictment

**Order Adopting Report and Recommendation - Page 2**

(Docket No. 45).



DATED:  **July 17, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court